Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for Alvaro Mercado-Moreno

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-F-04-5185 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | RESET HEARING DATE |
| vs. | ) | |
| | ) | |
| AVLARO MERCADO-MORENO, et al., | ) | |
| | ) | |
| Defendant. | ) | |

THE PARTIES HEREBY STIPULATE to reset the sentencing hearing currently set in this matter for June 5, 2006 to July 5, 2006 at 9:00 a.m., to allow the parties to complete investigations in preparation for sentencing.

SO STIPULATED.

Dated:  June 1, 2006        McGREGOR W. SCOTT
                            United States Attorney


                            By:   /s/ Kathleen Servatius
                                  KATHLEEN SERVATIUS
                                  Assistant U.S. Attorney


Dated:  June 1, 2006              /s/ Carolyn D. Phillips
                                  CAROLYN D. PHILLIPS
                                  Attorney for Defendant
                                  Alvaro Mercado-Moreno

*Stipulation and Order to Reset Hearing Date;*
*U.S. v. Alvaro Mercado-Moreno, CR F -04-5185 OWW*                          1

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

IT IS ORDERED that the sentencing hearing in the matter of <u>United States v. Alvaro Mercado-Moreno</u>, Case No. 04-5185 be reset from June 5, 2006 at 9:00 a.m., to July 5, 2006 at 9:00 a.m.

Dated:    June 5, 2006              /s/ OLIVER W. WANGER
                                    OLIVER W. WANGER, Judge
                                    United States District Court
                                    Eastern District of California

*Stipulation and Order to Reset Hearing Date;*
*U.S. v. Alvaro Mercado-Moreno, CR F -04-5185 OWW*                          2

PDF created with pdfFactory trial version www.pdffactory.com